435 A.2d 1330

Petrie et ux. v. Scott etc., et al.

Petrie et ux., Appellants, v. Scott etc., et al.

**Appeal of James H. Scott T/D/B/A Scott Brothers Equipment.**

Argued November 13, 1980. Joseph Friedman, for Scott, appellant, (at No. 429) and for Petrie, appellant, (at No. 434): John D. Rhodes, for appellees.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.

VAN der VOORT, J., filed a memorandum dissenting opinion.